IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| DAMASINA SABINA PEREZ-AYQUIPA,<br>    *Plaintiff*,<br><br>v.<br><br>KRISTI NOEM, *et al.*,<br>    *Defendants*. | Case No. 25-cv-3982-ABA |

## ORDER

Upon consideration of the parties' joint status report (ECF No. 14), the Court hereby ORDERS as follows:

1. The parties shall meet and confer and file another joint status report and/or motion for voluntary dismissal by February 9, 2026.

2. All other case deadlines are stayed pending the February 9 filing.

Date:  January 12, 2025

_____/s/_____
Adam B. Abelson
United States District Judge

1