**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

DAMASINA SABINA PEREZ-AYQUIPA,
*Plaintiff*,

v.

KRISTI NOEM, *et al.*,
*Defendants*.

Case No. 25-cv-3982-ABA

# ORDER

Upon consideration of the parties' joint status report (ECF No. 16), the Court hereby ORDERS as follows:

1. The parties shall meet and confer and file another joint status report and/or motion for voluntary dismissal by March 3, 2026.
2. All other case deadlines are stayed pending the March 3 filing.

Date: February 10, 2025

*/s/*
Adam B. Abelson
United States District Judge